IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MEDICINE SHOPPE INTERNATIONAL, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 4:09CV0683 AGF |
| TLC PHARMACY, INC., and LAURA A. SOBOLESKI, | ) ) ) ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

Upon review of the Court file, the Court notes that on July 2, 2009, Defendant Laura Soboleski filed an Answer pro se on her own behalf and purportedly on behalf of Defendant TLC Pharmacy, Inc. An individual who is not an attorney may not represent a corporation or any other party in federal court; nor may a corporation proceed on a pro se basis. Simitar Entm't, Inc. v. Silva Entm't, Inc., 44 F. Supp. 2d 986, 990 (D. Minn. 1999). This is true even if, as Defendant Soboleski asserts in her Answer, TLC is a dissolved corporation. See Zen Corp. v. New West Bus. Dev., No. CV 03-8837 ABCCTX, 2004 WL 1055279, at *1-2 (C.D. Cal. 2004) (holding that a non-attorney individual may not appear pro se on behalf of a dissolved corporation) (citing cases from several jurisdictions).

Accordingly,

**IT IS HEREBY ORDERED** that the Answer filed on July 2, 2009, is stricken as to Defendant TLC Pharmacy, Inc. TLC Pharmacy, Inc., shall have an extension of time, up to an including July 27, 2009, to have counsel enter an appearance on its behalf and file an answer or other appropriate responsive pleading.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 13th day of July, 2009.