IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MEDICINE SHOPPE INTERNATIONAL, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 4:09CV0683 AGF ) |
| TLC PHARMACY, INC., and LAURA A. SOBOLESKI, | ) ) ) |
| Defendants. | ) |

## **ORDER**

This matter is before the Court on Plaintiff's motion to compel Defendant Laura Soboleski to make the disclosures required by Federal Rule of Civil Procedure 26(a)(1). The Case Management Order, as amended, governing this case set November 16, 2009, as the deadline for the parties to make all Rule 26 disclosures. Plaintiff asserts in its motion to compel, which was filed on December 17, 2009, that it made all required disclosures, but that Defendant Soboleski did not make any such disclosures. Defendant Soboleski, who is proceeding pro se, has not responded to the motion.

It is well established that a party's pro se status does not excuse her from compliance with court orders and the Federal Rules of Civil Procedure. Lindstedt v. City of Granby, 238 F.3d 933, 937 (8th Cir. 2000) (affirming dismissal of complaint due to pro se plaintiff's failure to comply with discovery order).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel [Doc. #29] is **GRANTED**. Defendant Soboleski shall have up to and including January 27, 2010, to make all disclosures required by Rule 26(a)(1). Failure to comply with this Order may result in the imposition of sanctions, including monetary sanctions and/or entry of default judgment against Defendant Soboleski.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 20th day of January, 2010.